# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Stevie Ezikel Taylor Docket No. 7:97-CR-98-2

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stevie Ezikel Taylor, who, upon an earlier plea of guilty to 21 U.S.C. §841(a)(1), Possession With Intent to Distribute Marijuana, and 18 U.S.C. §924(c)(1), Using a Firearm During a Drug Trafficking Crime and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 14, 1998, to the custody of the Bureau of Prisons for a term of 186 months. On November 15, 1999, pursuant to Rule 35(b) Motion, the court reduced the term of imprisonment to 150 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in such vocational training program as may be directed by the probation office.

5. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

Stevie Ezikel Taylor was released from custody on February 8, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Taylor was immediately enrolled in a substance abuse testing and treatment program, and has attending counseling sessions and submitted to urine testing as directed. On April 4, 2011, a sample was taken and the result was positive for marijuana. He admitted to consuming some

Stevie Ezikel Taylor
Docket No. 7:97-CR-98-2
Petition For Action
Page 2

homemade brownies given to him by a family member that possibly contained marijuana. He seemed very remorseful for his failure to realize he had ingested the substance, and understands now he has to be sanctioned for his conduct. As such, it is recommended supervision be continued but modified, to require Taylor to serve two days in jail, and participate in the DROPS program for detected illegal drug use. The defendant signed a Waiver of Hearing agreeing to the proposed of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ John A. Cooper |
| Kevin L. Connolley | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Executed On: May 4, 2011 |

### ORDER OF COURT

Considered and ordered this  5th  day of   May  , 2011, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge