UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:97-CR-98-2F

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Stevie Ezikel Taylor** ) | |

On September 14, 1998, Stevie Ezikel Taylor appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Marijuana, 18 U.S.C. § 924 (c)(1) Using a Firearm During a Drug Trafficking Crime, and Aiding and Abetting, was sentenced to the custody of the Bureau of Prisons for a term of 186 months. On November 15, 1999, the court reduced the term of imprisonment to 150 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Stevie Ezikel Taylor was released from custody and the term of supervised release commenced on February 8, 2011.

From evidence presented at the revocation hearing on January 31, 2012, the court finds as a fact that Stevie Ezikel Taylor, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months and one day. It is recommended the defendant serve this time at FCI Butner, NC, and receive medical treatment while incarcerated.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 31st day of January, 2012.

James C. Fox
Senior U.S. District Judge